■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM RODRIGUEZ, Appellant. [1 NYS3d 801]—

Order, Supreme Court, New York County (Marcy L. Kahn, J.), entered on or about October 26, 2012, which denied defendant's CPL 440.46 motion for resentencing), unanimously affirmed.

The court properly exercised its discretion in determining that substantial justice dictated the denial of resentencing (*see e.g. People v Arroyo*, 99 AD3d 515, 517 [1st Dept 2012], *lv denied* 20 NY3d 1059 [2013]). In addition to having a long criminal record including both drug and robbery convictions, defendant absconded, remained a fugitive for many years, and was convicted of a new felony arising out of his participation in large-scale drug activity. These considerations outweighed the mitigating factors cited by defendant, including his good prison record. Concur—Tom, J.P., Saxe, Manzanet-Daniels, Gische and Clark, JJ.